
ORIGINAL


RECEIVED APR 21 2022 PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ROSS DANIEL WALKER

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

TULARE COUNTY MAIN JAIL PRISON
MECKLENBURG COUNTY JAIL ETAL

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No.  CV 22-2372
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

DONNELLY, J.

BLOOM, M.J.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ROSS DANIEL WALKER
Street Address: 305 MARTENSE ST
City and County: Brookly
State and Zip Code: New York
Telephone Number: 347-918-1536
E-mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: TULARE County MAIN JAIL
Job or Title (if known): N/A
Street Address: 2404 W Burrel AVE
City and County: Visalia
State and Zip Code: California 93291
Telephone Number: 559-636 4655
E-mail Address (if known):

Defendant No. 2

Name: Charlotte mecklenburg Police Department
Job or Title (if known): N/A
Street Address: 10430 Harris Oaks Blvd #R,
City and County: Charlotte

2

State and Zip Code   *North Carolina*
Telephone Number     *704-432-3805*
E-mail Address
(if known)

Defendant No. 3
Name                 *Charlotte mecklenBurg LiBRARy MAIN LiBrARy*
Job or Title         *N/A*
(if known)
Street Address City  *310 N Tryon ST Charlotte*
and County State     *North Carolina*
and Zip Code         *28202*
Telephone Number     *704-416-0101*
E-mail Address
(if known)

Defendant No. 4
Name                 *URBAN mINIstrIES of WAKE County*
Job or Title         *Food PANTRY Clinic & /A/*
(if known)
Street Address City  *1390 CAPITAL Blvd RaLEIgh Charlotte*
and County State     *North Carolina*
and Zip Code         *27603*
Telephone Number     *919-346-8792*
E-mail Address
(if known)

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

Defendant No. 5

Name MECKLENBurg County JAIL

Job or Title SHERIFF office
(if known)

Street Address 801 EAST 4th ST

City and County CHARLOTTE NC

State and Zip Code North Carolina

Telephone Number 704-336-8100

E-mail Address _____
(if known)

Defendant No.____

Name_____

Job or Title_____
(if known)

Street Address_____

City and County_____

State and Zip Code_____

Telephone Number_____

E-mail Address_____
(if known)

Defendant No.____

Name_____

Job or Title_____
(if known)

Street Address_____

City and County_____

State and Zip Code_____

Telephone Number_____

E-mail Address_____
(if known)

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Systematic Racism and Psychological Systemic Human Trafficking oppression by Government and Politicians Mental Health Discrimination incriminate me with Conspiracy

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: I'm SEEking Damages for Wrongful Imprisonment Medical Malpractice Double Jeopardy Entrapment 5000 Billion Dollars OPPRESSION

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was Accused of a Crime I Did not Commit Defamation of Character I was Exploited I was Found not guilty By a jury of my Peers and Charge with the Same Crime that Double Jeopardy Embarrassed me and Also The Freedom of Information Act

5

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My Civil Rights was Violated and Constitution my Constitution Right marginalized and victimized Arrest and intimidate now I'm Being harassed Over the years Terrorize my Family and incriminat me with Conspiracy Kidnapping and Taking my property Art's Illustration Stealing my focus memory

V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/11/, 20 22

Signature of Plaintiff    Ross Daniel Walker
Printed Name of Plaintiff  Ross Daniel Walker